**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **United Hauling, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2487270** |
| 4. | **Debtor's address** | **Principal place of business** <br> **5443 E. Skinner Dr.** <br> **Cave Creek, AZ 85331** <br> Number, Street, City, State & ZIP Code <br><br> **Maricopa** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **5443 E. Skinner Dr. Cave Creek, AZ 85331** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **HaulingUnited@gmail.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **United Hauling, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

| Debtor | United Hauling, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | United Hauling, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 28, 2025**
MM / DD / YYYY

X **/s/ Leah Delozier Smith**
Signature of authorized representative of debtor

**Leah Delozier Smith**
Printed name

Title  **Manager**

Email Address of debtor

**18. Signature of attorney**

X **/s/ M. Preston Gardner**
Signature of attorney for debtor

Date **January 28, 2025**
MM / DD / YYYY

**M. Preston Gardner 029868**
Printed name

**Davis Miles McGuire Gardner, PLLC**
Firm name

**999 Playa del Norte, Suite 510**
**Tempe, AZ 85288**
Number, Street, City, State & ZIP Code

Contact phone **(480) 733-6800**   Email address **azbankruptcy@davismiles.com**

**029868 AZ**
Bar number and State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

Case 2:25-bk-00718-EPB   Doc 1   Filed 01/28/25   Entered 01/28/25 15:56:04   Desc
Main Document    Page 4 of 11

Fill in this information to identify the case:

Debtor name: **United Hauling, LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Direct Capital/CIT Bank** | | **2007 4Star 6-Horse Trailer VIN xxxx8887** | | **$53,331.76** | **$0.00** | **$53,331.76** |
| **Desert Financial Credit Union P.O. Box 2945 Phoenix, AZ 85062-2945** | | **Line of Credit** | | | | **$29,188.85** |
| **Chase Bank Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850** | | **Credit Card** | | | | **$28,465.61** |
| **Global Credit Union P.O. Box 196613 Anchorage, AK 99519** | | **2021 Dodge Ram 3500** | | **$40,718.71** | **$20,234.00** | **$20,484.71** |
| **Desert Financial Credit Union P.O. Box 2945 Phoenix, AZ 85062-2945** | | **2020 Dodge Ram 3500 Tradesman - 400,000 miles Titled in name of Joseph Smith** | | **$39,959.37** | **$21,280.00** | **$18,679.37** |
| **American Express P.O. Box 981537 El Paso, TX 79998** | | **Credit Card** | | | | **$18,504.55** |
| **American Express P.O. Box 981537 El Paso, TX 79998** | | **Credit Card** | | | | **$17,256.76** |
| **American Express P.O. Box 981537 El Paso, TX 79998** | | **Credit Card** | | | | **$8,399.07** |
| **Chase Bank Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850** | | **Credit Card** | | | | **$7,992.43** |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

| Debtor | United Hauling, LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Square, Inc.**<br>90 E. Halsey Road<br>Parsippany, NJ 07054 | | **Commercial Loan** | | | | $6,445.00 |
| **America's Tire/Synchrony**<br>PO Box 71756<br>Philadelphia, PA 19176 | | **Credit Card** | | | | $2,362.82 |
| **Bellco Credit Union**<br>P.O. Box 17000<br>Denver, CO 80217-7000 | | **2018 Dodge Ram 3500** | | $18,237.28 | Unknown | Unknown |
| **Capital One**<br>PO Box 31293<br>Salt Lake City, UT 84131 | | **Credit Card** | | | | $0.00 |
| **Citibank**<br>PO Box 6217<br>Sioux Falls, SD 57117 | | **Credit Card** | | | | $0.00 |
| **Discover Bank**<br>P.O. Box 51908<br>Los Angeles, CA 90051 | | **Credit Card** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Fifth Third Bank**<br>P.O. Box 630778<br>Cincinnati, OH 45263-0778 | | **Commercial Loan** | | | | $0.00 |
| **First Premier Bank**<br>3820 N. Louise Ave.<br>Sioux Falls, SD 57107 | | **Credit Card** | | | | $0.00 |
| **Jill Delozier Craven**<br>4073 South Lane<br>Heber, AZ 85928 | | **Real Property Dispute (CV2024-018630)** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Wells Fargo Bank**<br>PO Box 63491<br>San Francisco, CA 94163 | | **Credit Card** | | | | $0.00 |

# United States Bankruptcy Court
## District of Arizona

In re  **United Hauling, LLC**
Debtor(s)

Case No.
Chapter **11**

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

# MAILING LIST DECLARATION

I, the Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __3__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **January 28, 2025**

**/s/ Leah Delozier Smith**
**Leah Delozier Smith**/**Manager**
Signer/Title

Date: **January 28, 2025**

**/s/ M. Preston Gardner**
Signature of Attorney
**M. Preston Gardner 029868**
**Davis Miles McGuire Gardner, PLLC**
**999 Playa del Norte, Suite 510**
**Tempe, AZ 85288**
**(480) 733-6800   Fax: (480) 733-3748**

United Hauling, LLC -


AMERICA'S TIRE/SYNCHRONY
PO BOX 71756
PHILADELPHIA PA 19176


AMERICAN EXPRESS
P.O. BOX 981537
EL PASO TX 79998


ARIZONA DEPARTMENT OF REVENUE
TAX, BANKRUPTCY, & COLLECTION SECTION
1600 W. MONROE 7TH FLOOR
PHOENIX AZ 85007


ASPIRE ACQUISITIONS, LLC
5443 E. SKINNER DR.
CAVE CREEK AZ 85331


BELLCO CREDIT UNION
P.O. BOX 17000
DENVER CO 80217-7000


CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131


CHASE BANK
BANKRUPTCY DEPARTMENT
P.O. BOX 15298
WILMINGTON DE 19850


CITIBANK
PO BOX 6217
SIOUX FALLS SD 57117


DESERT FINANCIAL CREDIT UNION
P.O. BOX 2945
PHOENIX AZ 85062-2945


DIRECT CAPITAL/CIT BANK


DISCOVER BANK
P.O. BOX 51908
LOS ANGELES CA 90051

United Hauling, LLC -


FIFTH THIRD BANK
P.O. BOX 630778
CINCINNATI OH 45263-0778


FIRST PREMIER BANK
3820 N. LOUISE AVE.
SIOUX FALLS SD 57107


FREEDOM ROAD FINANCIAL
10509 PROFESSIONAL CIR #100
RENO NV 89521


GLENN HOTCHKISS
BUCHALTER
15279 N SCOTTSDALE RD, SUITE 400
SCOTTSDALE AZ 85254


GLOBAL CREDIT UNION
P.O. BOX 196613
ANCHORAGE AK 99519


IGSTAR, LLC
ATTN: IRA GAINES
8825 N. 23RD AVE. #100
PHOENIX AZ 85021


INTERNAL REVENUE SERVICE
DEPARTMENT OF TREASURY
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


IRON RINGS HOLDINGS, LLC
17470 N. PACESETTER WAY
SCOTTSDALE AZ 85255


JILL CRAVEN
4073 SOUTH LANE
OVERGAARD AZ 85933


JILL DELOZIER CRAVEN
4073 SOUTH LANE
HEBER AZ 85928

United Hauling, LLC -


JOSEPH SMITH AND LEAH DE LOZERI SMITH
5443 E. SKINNER DR.
CAVE CREEK AZ 85331


MR. COOPER
BANKRUPTCY DEPARTMENT
P.O. BOX 619094
DALLAS TX 75261


PNC BANK, NATIONAL ASSOCIATION
P.O. BOX 94982
CLEVELAND OH 44101


SQUARE, INC.
90 E. HALSEY ROAD
PARSIPPANY NJ 07054


STATEWIDE FORECLOSURE SERVICES, INC.
2150 E. BROWN ROAD, STE. 2
MESA AZ 85213


SYNCHRONY BANK
P.O. BOX 530950
ATLANTA GA 30353-0950


WELLS FARGO BANK
PO BOX 63491
SAN FRANCISCO CA 94163


WESTSTAR PACIFIC MORTGAGE
2525 E. CAMELBACK ROAD, SUITE 1101
PHOENIX AZ 85016

# United States Bankruptcy Court
## District of Arizona

In re  **United Hauling, LLC**  
        Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **United Hauling, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 28, 2025**  
Date

/s/ M. Preston Gardner  
**M. Preston Gardner 029868**  
Signature of Attorney or Litigant  
Counsel for  **United Hauling, LLC**  
**Davis Miles McGuire Gardner, PLLC**  
**999 Playa del Norte, Suite 510**  
**Tempe, AZ 85288**  
**(480) 733-6800 Fax:(480) 733-3748**  
**azbankruptcy@davismiles.com**