| Fill in this information to identify the case: | |
|---|---|
| Debtor name | United Hauling, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known): | 2:25-bk-00718-EPB |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Chase Bank Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | Credit Card | | | | $28,465.61 |
| Desert Financial Credit Union P.O. Box 2945 Phoenix, AZ 85062-2945 | | Line of Credit | | | | $28,327.85 |
| American Express PO Box 981537 El Paso, TX 79998 | | Credit Card | | | | $17,975.26 |

Case 2:25-bk-00718-EPB　　Doc 46　　Filed 04/22/25　　Entered 04/22/25 19:18:37　　Desc
Main Document　　Page 1 of 37

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | JPMorgan Chase Bank, N.A. | Checking Account (overdrawn by $2,222.66 on filing date) | 0822 | $0.00 |
| 3.2. | JPMorgan Chase Bank, N.A. | Savings | 0830 | $0.03 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $0.03 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | 6,087.50 | - | 6,087.50 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**                                                                                  $0.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

<table>
<tr><td colspan="2"><strong>Part 4:</strong>   Investments</td></tr>
</table>

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2"><strong>Part 5:</strong>   Inventory, excluding agriculture assets</td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2"><strong>Part 6:</strong>   Farming and fishing-related assets (other than titled motor vehicles and land)</td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2"><strong>Part 7:</strong>   Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Printer | $0.00 | Liquidation | $50.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                  $50.00
Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2015 GMC Yukon XL VIN ending 3747 | $0.00 | Liquidation | $13,024.00 |
| 47.2. 2017 Dodge Ram 3500 Laramie VIN ending 3789; titled to Joseph and Leah Smith<br>Involved in an accident 1/2025; insurance claim is pending | $0.00 | Liquidation | $12,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. 2008 Cimarron 5 Horse Trailer VIN ending 5471; titled in name of Aspire Acquisitions, LLC | $0.00 | Liquidation | $15,000.00 |
| 48.2. Interest in 2022 Load Trail 40-Foot Flatbed Trailer VIN ending 8259; titled to Joseph Smith | $0.00 | Liquidation | $9,000.00 |
| 48.3. 2007 4Star 6-Horse Trailer VIN ending 8887; titled in the name of Aspire Acquisitions, LLC | $0.00 | Liquidation | $40,000.00 |
| 48.4. 2021 Trailswest 4-Horse Bumber-Pull Trailer; VIN ending 7416; titled in the name of Jill Delozier Craven | $0.00 | Liquidation | $9,000.00 |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | $98,024.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No

Case 2:25-bk-00718-EPB    Doc 46    Filed 04/22/25    Entered 04/22/25 19:18:37    Desc
Main Document    Page 4 of 37

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Title Interest in Residential Real Property located at: 5443 E. Skinner Dr., Cave Creek, AZ 85331 Parcel #211-42-016C and 211-42-016D Debtor acquired title 3/2024 (from Leah Delozier Smith) | Bare Legal Title only; Debtor has little to no equitable value | $0.00 | Comparable sale | $1,400,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $1,400,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>Domain (UnitedHaulingLLC.com) | Unknown | Comparable sale | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |

Case 2:25-bk-00718-EPB    Doc 46    Filed 04/22/25    Entered 04/22/25 19:18:37    Desc
Main Document    Page 5 of 37

| Customer List | $0.00 | N/A | Unknown |
|---|---|---|---|

64. **Other intangibles, or intellectual property**

65. **Goodwill**

| Goodwill | $0.00 | N/A | Unknown |
|---|---|---|---|

66. **Total of Part 10.**

|  | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

| Bristol West Insurance Policy #G01-5606693-00 | $0.00 |
|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** Examples: Season tickets, country club membership

Prior to filing, Debtor was making payments on certain items
owned by Leah and/or Joseph Smith or Jill Delozier Craven
in exchange for the use of the items for Debtor's benefit.
Items (described below) have no net value; Debtor's
equitable interest in these assets is valueless.
1. 2021 Dodge Ram 3500 Big Horn VIN ending 5648 (value
approx. $19,225; loan balance $38,495.40)
2. 2018 Dodge Ram 3500 VIN ending 3148 (value approx.
$16,431 per KBB, but totaled in an accident); loan balance
approx. $16,935.60; surrendered to lender)
3. 2020 Dodge Ram 3500 Tradesman VIN ending 8655
(value approx. $19,897; loan balance approx. $40,000;
surrendered to lender)
4. 2015 Polaris Ranger VIN ending 1663 (value approx.
$3,000; loan balance approx. $3,000; titled in the name of
Jill Delozier Craven)                                                          $0.00

78.    **Total of Part 11.**                                          $0.00

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $98,024.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $1,400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $98,074.03 | + 91b. $1,400,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,498,074.03 |

Debtor name    United Hauling, LLC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    2:25-bk-00718-EPB

☐ Check if this is an
    amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   First Citizens Bank

Creditor's Name

PO Box 856502
Minneapolis, MN 55485

Creditor's mailing address

Unknown

Creditor's email address, if known

**Date debt was incurred**
3/2023

**Last 4 digits of account number**
1000

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2007 4Star 6-Horse Trailer VIN ending 8887; titled in the name of Aspire Acquisitions, LLC

**Describe the lien**
Vehicle Loan; Aspire Acquisitions, LLC

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Column A: $42,721.87    Column B: $40,000.00

**2.2**   Iron Rings Holdings, LLC

Creditor's Name

17470 N. Pacesetter Way
Scottsdale, AZ 85255

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/2024

**Last 4 digits of account number**
5470

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Residential property located at:
5443 E. Skinner Dr., Cave Creek, AZ 85331
Parcel #211-42-016C and 211-42-016D

**Describe the lien**
2nd Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $400,000.00    Column B: $1,400,000.00

| | | |
|---|---|---|
| ☐ No | ☐ Contingent | |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| 1. Mr. Cooper | ☐ Disputed | |
| 2. Iron Rings Holdings, LLC | | |

---

**2.3** | **Mr. Cooper**
Creditor's Name

Bankruptcy Department
PO Box 619094
Dallas, TX 75261
Creditor's mailing address

Unknown
Creditor's email address, if known

**Date debt was incurred**
11/2016

**Last 4 digits of account number**
9045

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**Describe debtor's property that is subject to a lien**
Residential property located at:
5443 E. Skinner Dr., Cave Creek, AZ 85331
Parcel #211-42-016C and 211-42-016D

**Describe the lien**
1st Deed of Trust (loan in Leah Smith's name only)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$462,749.74 | $1,400,000.00

---

**2.4** | **PNC Bank, National Association**
Creditor's Name

PO Box 94982
Cleveland, OH 44101
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/7/2019

**Last 4 digits of account number**
8645

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2015 GMC Yukon XL VIN ending 3747

**Describe the lien**
Auto Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,211.45 | $13,024.00

---

**2.5** | **Synchrony Bank**
Creditor's Name

P.O. Box 530950
Atlanta, GA 30353-0950
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Interest in 2022 Load Trail 40-Foot Flatbed Trailer VIN ending 8259; titled to Joseph Smith

**Describe the lien**

$8,237.00 | $9,000.00

**Auto Loan (in Joseph Smith's name only)**

**Is the creditor an insider or related party?**

Unknown

Creditor's email address, if known

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

6/10/2022

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

9143

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $923,920.06

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Glenn Hotchkiss<br>Buchalter<br>15279 N Scottsdale Rd, Suite 400<br>Scottsdale, AZ 85254 | Line   2.2 | |
| Igstar, LLC<br>Attn: Ira Gaines<br>8825 N. 23rd Ave. #100<br>Phoenix, AZ 85021 | Line   2.2 | |
| Statewide Foreclosure Services, Inc.<br>2150 E. Brown Road, Ste. 2<br>Mesa, AZ 85213 | Line   2.2 | |
| Weststar Pacific Mortgage<br>2525 E. Camelback Road, Suite 1101<br>Phoenix, AZ 85016 | Line   2.2 | |

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 3

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
|  | Arizona Department of Revenue Tax, Bankruptcy, & Collection Section<br>1600 W. Monroe 7th Floor<br>Phoenix, AZ 85007 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>Tax Notification |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
|  | Internal Revenue Service Department of Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>Tax Notification |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

             **Amount of claim**

Case 2:25-bk-00718-EPB    Doc 46    Filed 04/22/25    Entered 04/22/25 19:18:37    Desc
Main Document     Page 12 of 37
51197

| Debtor | United Hauling, LLC | Case number (if known) | 2:25-bk-00718-EPB |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
America's Tire/Synchrony
PO Box 71756
Philadelphia, PA 19176

Date(s) debt was incurred  2024
Last 4 digits of account number  7738

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Credit Card; not in Debtor's name

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
American Express
PO Box 981537
El Paso, TX 79998

Date(s) debt was incurred  07/2021
Last 4 digits of account number  2001

As of the petition filing date, the claim is: *Check all that apply.*  $17,975.26
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
American Express
P.O. Box 981537
El Paso, TX 79998

Date(s) debt was incurred  _
Last 4 digits of account number  1007

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Credit Card; not in Debtor's name

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
American Express
P.O. Box 981537
El Paso, TX 79998

Date(s) debt was incurred  _
Last 4 digits of account number  2009

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Credit Card; not in Debtor's name

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Bellco Credit Union
P.O. Box 17000
Denver, CO 80217-7000

Date(s) debt was incurred  07/2018
Last 4 digits of account number  4878

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Vehicle Loan (not in Debtor's name)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Credit Card; not in Debtor's name

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
Chase Bank
Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850

Date(s) debt was incurred  2021-2024
Last 4 digits of account number  8492

As of the petition filing date, the claim is: *Check all that apply.*  $28,465.61
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | United Hauling, LLC | Case number (if known) | 2:25-bk-00718-EPB |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.8** Nonpriority creditor's name and mailing address
Chase Bank
Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2013

Basis for the claim:  Credit Card; not in Debtor's name

Last 4 digits of account number  6517

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Citibank
PO Box 6243
Sioux Falls, SD 57117

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Credit Card; not in Debtor's name

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
Desert Financial Credit Union
PO Box 2945
Phoenix, AZ 85062-2945

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  11/2021

Basis for the claim:  Vehicle Loan (in Joseph's name only)

Last 4 digits of account number  5872

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
Desert Financial Credit Union
P.O. Box 2945
Phoenix, AZ 85062-2945

As of the petition filing date, the claim is: *Check all that apply.*  $28,327.85
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2021

Basis for the claim:  Line of Credit

Last 4 digits of account number  2000

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
Discover
PO Box 30943
Salt Lake City, UT 84130

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Credit Card; not in Debtor's name

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address
Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263-0778

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Personal Loan; not in Debtor's name

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
First Premier Bank
3820 N. Louise Ave.
Sioux Falls, SD 57107

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Credit Card; not in Debtor's name

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Freedom Road Financial<br>10509 Professional Cir #100<br>Reno, NV 89521 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __Loan on 2015 Polaris; in Jill Delozier Craven's name only__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Global Credit Union<br>PO Box 196613<br>Anchorage, AK 99519 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __Vehicle Loan; not in Debtor's name__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Jill Delozier Craven<br>4073 South Lane<br>Heber, AZ 85928 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: _ | |
| | Last 4 digits of account number __None__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Square, Inc.<br>90 E. Halsey Road<br>Parsippany, NJ 07054 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: _ | |
| | Last 4 digits of account number __Unknown__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Wells Fargo Bank, N.A.<br>PO Box 63491<br>San Francisco, CA 94163 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: __Credit Card; not in Debtor's name__ | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131 | Line __3.6__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Citibank<br>PO Box 6217<br>Sioux Falls, SD 57117 | Line __3.9__<br>☐ Not listed. Explain ____ | _ |

---

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Discover Bank<br>PO Box 51908<br>Los Angeles, CA 90051 | Line  3.12<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Wells Fargo Card Services<br>PO Box 10347<br>Des Moines, IA 50306 | Line  3.19<br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                  0.00 |
| **5b. Total claims from Part 2** | 5b. + | $             74,768.72 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $             74,768.72 |

Fill in this information to identify the case:

Debtor name    United Hauling, LLC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    2:25-bk-00718-EPB

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor name    United Hauling, LLC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    2:25-bk-00718-EPB

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Aspire Acquisitions, LLC | 4073 South Lane Heber, AZ 85928 | Chase Bank | ☐ D _____ <br> ■ E/F _3.8_ <br> ☐ G _____ |
| 2.2 | Aspire Acquisitions, LLC | 4073 South Lane Heber, AZ 85928 | First Citizens Bank | ■ D _2.1_ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Jill Delozier Craven | 4073 South Lane Heber, AZ 85928 | Bellco Credit Union | ☐ D _____ <br> ■ E/F _3.5_ <br> ☐ G _____ |
| 2.4 | Jill Delozier Craven | 4073 South Lane Heber, AZ 85928 | Chase Bank | ☐ D _____ <br> ■ E/F _3.8_ <br> ☐ G _____ |
| 2.5 | Jill Delozier Craven | 4073 South Lane Heber, AZ 85928 | Freedom Road Financial | ☐ D _____ <br> ■ E/F _3.15_ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 Joseph Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Citibank | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.7 Joseph Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | America's Tire/Synchrony | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.8 Joseph Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | First Premier Bank | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.9 Joseph Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | PNC Bank, National Association | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 Joseph Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Synchrony Bank | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 Joseph Smith and Leah Delozier Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Iron Rings Holdings, LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 Joseph Smith and Leah Delozier Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Desert Financial Credit Union | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.13 Joseph Smith and Leah Delozier Smith | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Jill Delozier Craven | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

Case 2:25-bk-00718-EPB    Doc 46    Filed 04/22/25    Entered 04/22/25 19:18:37    Desc
Main Document        Page 19 of 37

| Debtor | United Hauling, LLC | Case number *(if known)* | 2:25-bk-00718-EPB |
|--------|--------------------|--------------------------|-------------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Joseph Smith and Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Discover | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.15 | Joseph Smith and Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Capital One | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.16 | Joseph Smith and Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Wells Fargo Bank, N.A. | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.17 | Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Global Credit Union | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.18 | Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Mr. Cooper | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Fifth Third Bank | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.20 | Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Chase Bank | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |

Debtor name    United Hauling, LLC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    2:25-bk-00718-EPB

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $    1,400,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $    98,074.03

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................    $    1,498,074.03

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    923,920.06

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$    74,768.72

4.   Total liabilities ..............................................................................................
   Lines 2 + 3a + 3b    $    998,688.78

Debtor name     United Hauling, LLC

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   2:25-bk-00718-EPB

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/22/2025___          X /s/ Leah Delozier Smith
_____
                                       Signature of individual signing on behalf of debtor

                                       Leah Delozier Smith
_____
                                       Printed name

                                       Manager
_____
                                       Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Debtor name    United Hauling, LLC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    2:25-bk-00718-EPB

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $12,515.89 |
| For prior year:<br>From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $592,512.53 |
| For year before that:<br>From 1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $666,585.37 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Global Credit Union<br>P.O. Box 196613<br>Anchorage, AK 99519 | Monthly payments of $1,014.62 on or about the 31st of each month | $3,043.86 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Desert Financial Credit Union<br>P.O. Box 2945<br>Phoenix, AZ 85062-2945 | 12/26/2024 | $967.64 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. Bellco Credit Union<br>P.O. Box 17000<br>Denver, CO 80217-7000 | 10/10/2024<br>$1,076.08<br>11/12/2024<br>$1,076.08 | $2,152.16 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Joseph Smith and Leah Delozier Smith<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Various | Unknown | Debtor made various payments on debts owed by others in exchange for the benefit of using the account/asset. |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| Vehicle Accident 2017 Dodge Ram 3500 Laramie VIN ending 3789 | None yet; insurance claim is pending | 1/10/2025 | $12,000.00 |

---

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br>Davis Miles, PLLC<br>999 Playa del Norte, Suite 510<br>Tempe, AZ 85288 | Attorney Fees ($10,000) and Costs ($1,738.00) | 8/31/24 ($2,500) 12/17/24 ($8,738) 1/27/25 ($500) | $11,738.00 |
| Email or website address<br>azbankruptcy@davismiles.com | | | |
| Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Weststar Pacific Mortgage 2525 E. Camelback Road, Suite 1101 Phoenix, AZ 85016 | Debtor granted Iron Rings Holdings, LLC in exchange for loan in the amount of $400,000.00. Debtor took title to Mr. and Mrs. Smith's home in March, 2024, immediately before granting this lien. | 3/2024 | $400,000.00 |
| **Relationship to debtor** None | | | |
| 13.2. Rob and Sarah Busich 3985 E. Busich Ln Cottonwood, AZ 86326 | Debtor had partial interest (approx. 70%) in 2004 Charmac 5-Horse Trailer VIN ending 0875; titled in name of Aspire Acquisitions, LLC. Trailer was sold by Aspire Acquisitions, LLC for $6,000.00, but family litigation has forestalled title transfer. | 12/2024 | $6,000.00 |
| **Relationship to debtor** None | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

     Names, addresses, and phone numbers
     Does the debtor have a privacy policy about that information?
     ☐ No
     ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Smith Equestrian Center, LLC<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Various items owned by Smith Equestrian Center, LLC (including horse tack, equipment, supplies, etc.) are stored at the Residential Real Property in Debtor's name. Smith Equestrian Center, LLC's clients' also have horses/tack at the premises. | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Joseph Smith and Leah Delozier Smith (and Smiths children and elderly mother)<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | 5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | Numerous items personally owned by Mr. and Mrs. Smith (and their children and mother), including household goods, furniture (including office furniture and desktop computer used for the Debtor's benefit), furnishings, clothing, vehicles, jewelry, tools, etc.) are stored at the Residential Real Property in Debtor's name | Unknown |

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■   No.
  ☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■   No.
  ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■   No.
  ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Deanne McClenahan<br>1707 E. Westchester Dr<br>Tempe, AZ 85283 | 2/2025 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Joseph Smith and Leah Delozier Smith<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | 2023 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Joseph Smith and Leah Delozier Smith<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | Weststar Pacific Mortgage<br>2525 E. Camelback Road, Suite 1101<br>Phoenix, AZ 85016 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Joseph Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Member/Manager | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Leah Delozier Smith | 5443 E. Skinner Dr. Cave Creek, AZ 85331 | Member/Manager | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Joseph Smith and Leah Delozier Smith 5443 E. Skinner Dr. Cave Creek, AZ 85331 | $66,931.59 | Various; see attached | Draws |
| | **Relationship to debtor** Members/Managers | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:**   Signature and Declaration
_____

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      4/22/2025 _____

/s/ Leah Delozier Smith _____          Leah Delozier Smith _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

# United Hauling, LLC

## Draws by Joseph and Leah Smith in 1 Year Prior to Filing

| | |
|---|---|
| 12/02/2024 | $2,000.00 |
| 11/25/2024 | $900.00 |
| 11/12/2024 | $1,000.00 |
| 11/08/2024 | $375.00 |
| 10/30/2024 | $150.00 |
| 10/30/2024 | $150.00 |
| 09/23/2024 | $250.00 |
| 09/18/2024 | $725.00 |
| 09/13/2024 | $400.00 |
| 08/14/2024 | $2,551.16 |
| 07/26/2024 | $700.00 |
| 07/26/2024 | $300.00 |
| 07/12/2024 | $1,275.00 |
| 06/13/2024 | $1,270.58 |
| 06/05/2024 | $250.00 |
| 06/03/2024 | $500.00 |
| 05/23/2024 | $100.00 |
| 03/22/2024 | $2,781.08 |
| 03/12/2024 | $5,000.00 |
| 03/11/2024 | $5,000.00 |
| 03/07/2024 | $1,000.00 |
| 03/07/2024 | $10,000.00 |
| 03/07/2024 | $4,816.20 |
| 03/07/2024 | $5,106.57 |
| 03/07/2024 | $5,500.00 |
| 03/05/2024 | $100.00 |
| 03/05/2024 | $1,100.00 |
| 03/05/2024 | $1,100.00 |
| 02/26/2024 | $2,000.00 |
| 02/26/2024 | $100.00 |
| 02/23/2024 | $3,000.00 |
| 02/20/2024 | $1,600.00 |
| 02/14/2024 | $1,847.00 |
| 02/05/2024 | $1,535.00 |
| 02/05/2024 | $2,000.00 |
| 01/31/2024 | $449.00 |
| | $66,931.59 |

# United States Bankruptcy Court
## District of Arizona

In re __United Hauling, LLC__      Case No. __2:25-bk-00718-EPB__

Debtor(s)      Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Joseph Smith<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | | 50% | Membership |
| Leah Delozier Smith<br>5443 E. Skinner Dr.<br>Cave Creek, AZ 85331 | | 50% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __4/22/2025__        Signature __/s/ Leah Delozier Smith__

                                                      Leah Delozier Smith

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Arizona**

In re   United Hauling, LLC                                    Case No.   2:25-bk-00718-EPB
                                    Debtor.              Chapter    11

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of __2__ sheets, is complete, correct and consistent with the debtor's Schedules.

Date:   4/22/2025                              /s/ Leah Delozier Smith

                                    Leah Delozier Smith/Manager
                                    Signer/Title

AMERICA'S TIRE/SYNCHRONY
PO BOX 71756
PHILADELPHIA PA 19176

CITIBANK
PO BOX 6217
SIOUX FALLS SD 57117

GLOBAL CREDIT UNION
PO BOX 196613
ANCHORAGE AK 99519

.

AMERICAN EXPRESS
PO BOX 981537
EL PASO TX 79998

DESERT FINANCIAL CREDIT UNION
PO BOX 2945
PHOENIX AZ 85062-2945

IGSTAR, LLC
ATTN: IRA GAINES
8825 N. 23RD AVE. #100
PHOENIX AZ 85021

AMERICAN EXPRESS
P.O. BOX 981537
EL PASO TX 79998

DESERT FINANCIAL CREDIT UNION
P.O. BOX 2945
PHOENIX AZ 85062-2945

INTERNAL REVENUE SERVICE
DEPARTMENT OF TREASURY
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

ARIZONA DEPARTMENT OF REVENUE
TAX, BANKRUPTCY, & COLLECTION SECTION
1600 W. MONROE 7TH FLOOR
PHOENIX AZ 85007

DISCOVER
PO BOX 30943
SALT LAKE CITY UT 84130

IRON RINGS HOLDINGS, LLC
17470 N. PACESETTER WAY
SCOTTSDALE AZ 85255

ASPIRE ACQUISITIONS, LLC
4073 SOUTH LANE
HEBER AZ 85928

DISCOVER BANK
PO BOX 51908
LOS ANGELES CA 90051

JILL DELOZIER CRAVEN
4073 SOUTH LANE
HEBER AZ 85928

BELLCO CREDIT UNION
P.O. BOX 17000
DENVER CO 80217-7000

FIFTH THIRD BANK
PO BOX 630778
CINCINNATI OH 45263-0778

LEAH DELOZIER SMITH
5443 E. SKINNER DR.
CAVE CREEK AZ 85331

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

FIRST CITIZENS BANK
PO BOX 856502
MINNEAPOLIS MN 55485

MR. COOPER
BANKRUPTCY DEPARTMENT
PO BOX 619094
DALLAS TX 75261

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131

FIRST PREMIER BANK
3820 N. LOUISE AVE.
SIOUX FALLS SD 57107

PNC BANK, NATIONAL ASSOCIAT
PO BOX 94982
CLEVELAND OH 44101

CHASE BANK
BANKRUPTCY DEPARTMENT
P.O. BOX 15298
WILMINGTON DE 19850

FREEDOM ROAD FINANCIAL
10509 PROFESSIONAL CIR #100
RENO NV 89521

SQUARE, INC.
90 E. HALSEY ROAD
PARSIPPANY NJ 07054

CITIBANK
PO BOX 6243
SIOUX FALLS SD 57117

GLENN HOTCHKISS
BUCHALTER
15279 N SCOTTSDALE RD, SUITE 400
SCOTTSDALE AZ 85254

STATEWIDE FORECLOSURE SERIN
2150 E. BROWN ROAD, STE. 2
MESA AZ 85213

SYNCHRONY BANK
P.O. BOX 530950
ATLANTA GA 30353-0950


WELLS FARGO BANK, N.A.
PO BOX 63491
SAN FRANCISCO CA 94163


WELLS FARGO CARD SERVICES
PO BOX 10347
DES MOINES IA 50306


WESTSTAR PACIFIC MORTGAGE
2525 E. CAMELBACK ROAD, SUITE 1101
PHOENIX AZ 85016

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:

United Hauling, LLC

                    Debtor.

Chapter        11

Case No.       2:25-bk-00718-EPB

## DECLARATION RE: ELECTRONIC FILING

### PART I - DECLARATION OF PETITIONER:

I, Leah Delozier Smith, the undersigned corporate officer or partnership member, hereby declare under penalty of perjury that the information I have given the company's attorney and the information, including social security numbers, provided in the completed petition, lists, statements and schedules is true and correct. I have reviewed and signed each of the foregoing completed documents and the company's attorney has provided me with a signed copy of each to retain for my records. I consent to my attorney electronically filing the completed petition, lists, statements and schedules with the United States Bankruptcy Court. I understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk after all schedules and statements have been filed electronically but, in no event, no later than 21 days after the date the petition was filed or, in the event an extension has been granted, no later than 7 days after the schedules and statements are filed. I understand that failure to file the signed or iginal of this **DECLARATION** will cause my case to be dismissed without further notice.

DATED:    4/22/2025

SIGNED:

Leah Delozier Smith
Authorized Corporate Officer or Partnership Member

### PART II - DECLARATION OF ATTORNEY:

I declare as follows: The debtor will have signed this form before I submit the petition, schedules and statements. I will give the debtor a copy of all forms and information to be filed with the United States Bankruptcy Court and have complied with all other requirements in the most recent Interim Operating Order.

DATED:    4/22/2025

Krystal M. Ahart 029358
Attorney for Debtor
Bankruptcy Legal Center™
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012-1266
602-266-1717 Fax:602-266-2484